No. 71–653. GIBSON ET AL. *v.* BERRYHILL ET AL. Appeal from D. C. M. D. Ala. [Probable jurisdiction noted, 408 U. S. 920.] Motion to dispense with printing appendix granted.

No. 71–718. McGINNIS, CORRECTION COMMISSIONER, ET AL. *v.* ROYSTER ET AL. Appeal from D. C. S. D. N. Y. [Probable jurisdiction noted, 405 U. S. 986.] Motion to permit G. Jeffery Sorge, Esquire, to argue *pro hac vice* in place of James J. McDonough for appellees granted.

No. 71–1134. ROADEN *v.* KENTUCKY. Ct. App. Ky. [Certiorari granted, 406 U. S. 905.] Motion of Charles H. Keating, Jr., for leave to file a brief as *amicus curiae* granted. Motion of First Amendment Lawyers' Assn. for leave to file untimely brief as *amicus curiae* in support of petitioner denied. Motion of Joel Hirschhorn for leave to participate in oral argument as *amicus curiae* in support of petitioner denied.

No. 71–1136. TILLMAN ET AL. *v.* WHEATON-HAVEN RECREATION ASSN., INC., ET AL. C. A. 4th Cir. [Certiorari granted, 406 U. S. 916.] Motion of respondent McIntyre for additional counsel to participate in oral argument granted but motion for additional time for oral argument denied.

No. 71–1192. GOLDSTEIN ET AL. *v.* CALIFORNIA. App. Dept., Super. Ct. Cal., County of Los Angeles. [Certiorari granted, 406 U. S. 956.] Motions of American Federation of Musicians et al. and Recording Industry Association of America, Inc., for leave to file briefs as *amici curiae* granted.

No. 72–549. SCHOOL BOARD OF RICHMOND, VIRGINIA, ET AL. *v.* STATE BOARD OF EDUCATION OF VIRGINIA ET AL. C. A. 4th Cir. Motion to advance and for *pendente lite* relief denied.